IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK J. NAMATH | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 08-6 |
| | ) |
| v. | ) Judge Gary L. Lancaster |
| | ) |
| COUNTY OF BEAVER, PA, | ) Electronically Filed |
| | ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, it is hereby **ORDERED** that the above-captioned matter is **DISMISSED, WITH PREJUDICE**, each party to bear its own fees and costs.

Date: 8/11/08

Gary L. Lancaster, Judge